a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LEARY ROBINSON #58926-019, Petitioner | CIVIL DOCKET NO. 1:26-CV-00158 SEC P |
| VERSUS | JUDGE DRELL |
| WARDEN U S P POLLOCK, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Before the Court is a Motion to Compel (ECF No. 14) filed by pro se Petitioner Leary Robinson ("Robinson"). Robinson seeks production of a Disciplinary Hearing Officer ("DHO") delivery receipt bearing his signature or a staff memorandum documenting his refusal to sign, as well as an explanation of alleged discrepancies between the DHO reports and SENTRY records. ECF No. 14 at 2–3.

A habeas petitioner is not entitled to discovery as a matter of course and must demonstrate good cause. *Bracy v. Gramley*, 520 U.S. 899, 904, 908–09 (1997). And ordinary civil discovery rules do not automatically apply in habeas; a court must narrowly fashion any discovery to develop facts needed to resolve a properly supported claim. *See, e.g.*, *Monko v. Senkowski*, No. 97-CV-2895, 2009 WL 10441652, at *2 (E.D.N.Y. July 6, 2009), *aff'd as modified,* 2015 WL 5076902 (E.D.N.Y. Aug. 27, 2015).

The Government produced the DHO reports and related records maintained in Robinson's SENTRY and Central File records. ECF Nos. 12-1, 12-2–12; ECF No. 19

at 1. Moreover, Robinson identifies no BOP policy requiring either his signature acknowledging receipt of a DHO report or a separate SENTRY entry documenting its delivery. ECF No. 19 at 2; ECF No. 19-1 at 30, 35. Thus, Robinson has not shown that the additional records he seeks exist or that further discovery is necessary to resolve his claims.

Accordingly, IT IS ORDERED that the Motion to Compel (ECF No. 14) is DENIED.

SIGNED on Monday, August 17, 2026.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE